UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN CUSTER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 1:20-cv-866 RLY-TAB ) |
| COMCAST OF WILLOW GROVE, INC., | ) ) |
| Defendant. | ) |

**ORDER**

Pursuant to Fed. R. Civ. P. 41, this case is before the Court on Plaintiff's and Defendant's Joint Stipulation of Dismissal. The Court hereby **ORDERS** Plaintiff's claims against Defendant be dismissed, with prejudice, with each party to bear her or its own attorneys' fees and costs.

DATED this 15th day of September, 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record